**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-7065**

---

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

    v.

MUSTAFA MUHAMMAD,

               Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:14-cr-00055-REP-1)

---

Submitted: January 6, 2017        Decided: January 11, 2017

---

Before GREGORY, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mustafa Muhammad, Appellant Pro Se. Heather Hart Mansfield, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mustafa Muhammad appeals the district court's order granting the motion of the United States for the return of Jencks Act material. We have reviewed the record and find no reversible error. We note that an agreed discovery order provided that the material would be returned to the United States at the conclusion of the case. Accordingly, we affirm. United States v. Muhammad, No. 3:14-cr-00055-REP-1 (E.D. Va. May 17, 2016). We deny the motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED